RECEIVED

MAR 1 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOSEPH WATSON | CIVIL ACTION NO: 11-0603 |
| VERSUS | JUDGE DONALD E. WALTER |
| JERRY GOODWIN, ET AL | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the general objection filed by the Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [Doc. #32] is hereby **GRANTED**. All claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, this 12 day of March, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE